

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Tom Graven
County Auditor
McLennan County
Waco, Texas

Dear Sir:

Opinion No. O-4405
Re: District Clerk - Fees for continuances - Article 3927, V.A.C.S.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Article #3926 of the Revised Civil Statutes provides that a charge of twelve cents be made for each continuance in a case.

"I shall thank you to advise me whether or not, in your opinion, the clerk of a court is required, as a matter of law, to assess the twelve cent court cost for each such continuances."

Article 3926, V.A.C.S., does not deal with your question and we presume that you intended to refer to Article 3927, which provides a twelve cent fee for continuances to District Clerks. Article 3920 provides a ten cent fee for county clerks for "entering each continuance, except in estates."

Article 3927, V.A.C.S., reads in part as follows:

"The Clerks of the District Courts shall receive the following fees in civil cases for their services:

". . . .

"Each continuance . . . . . . . . . . . . .12

". . . ."

Article 3928a, V.A.C.S., reads as follows:

"In those counties where the District Clerk
is compensated on a fee basis, the Clerk shall
receive such fees and account for such as fees
of office; and in those counties where the Dis-
trict Clerk is compensated on a salary basis,
such fees shall be collected and paid into the
officer's salary fund as now or hereafter provid-
ed by law."

Section 5 of Article 3912e, V.A.C.S., reads as fol-
lows:

"Sec. 5.  It shall be the duty of all offi-
cers to charge and collect in the manner author-
ized by law all fees and commissions which are
permitted by law to be assessed and collected for
all official service performed by them.  As and
when such fees are collected they shall be de-
posited in the Officers' Salary Fund, or funds
provided in this Act.  In event the Commission-
ers' Court finds that the failure to collect any
fee or commission was due to neglect on the part
of the officer charged with the responsibility
of collecting same, the amount of such fee or com-
mission shall be deducted from the salary of such
officer.  Before any such deduction is made, the
Commissioners' Court shall furnish such officer
with an itemized statement of the uncollected fees
with which his account is to be charged, and shall
notify such officer of the time and place for a
hearing on same, to determine whether such offi-
cer was guilty of negligence, which time for hear-
ing shall be at least ten days subsequent to the
date of notice.  Unless an officer is charged by
law with the responsibility of collecting fees,
the Commissioners' Court shall not in any event
make any deductions from the authorized salary of
such officer."

McLennan County, Texas, has a population in excess
of 20,000 inhabitants according to the 1940 Federal Census and
its county officers are compensated on a salary basis.

You are respectfully advised that it is the opinion of this department that it is the duty of the District Clerk to charge and collect a fee of twelve cents for each legal continuance of a cause from one ter m to another term of the court ordered or granted by the court. (This would not include a mere postponement of a cause during the term of court.) It is the further opinion of this department that it is the duty of the District Clerk of your county to charge and collect said fees and place same in the Officers' Salary Fund of your county.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By                     /signed/
                       Wm. J. Fanning
                       Assistant

WJF:GO

APPROVED FEB. 20, 1942
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION COMMITTEE
By /s/ B.W.B., Chairman